UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **08-21959-MC-JORDAN/MCALILEY**

IN RE: Request from Spain Pursuant
to the Treaty Between the United States
of America and the Kingdom of Spain
on Mutual Assistance in Criminal Matters
in the Matter of Elba Barrios

_____/

**CLOSED CIVIL CASE**

### ORDER APPOINTING A COMMISSIONER & CLOSING CASE

Upon application of the United States, and upon review of the request from Spain seeking evidence under the Treaty on Mutual Assistance with the Kingdom of Spain, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty between the United States of America and the Kingdom of Spain on Mutual Assistance in Criminal Matters</u>, Treaty 102-21, signed November 20, 1990 (entered into force June 30, 1993), 28 U.S.C. § 1782 and this Court's inherent authority, that Peter B. Outerbridge is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. take such steps as are necessary, including the issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. disclose such copies of this Order as is necessary to accomplish the purposes of the request for assistance,

4. adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Spain has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Spanish Central Authority under the Treaty;

5. seek such further orders of this Court as may be necessary to execute this request; and

6. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Spain.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, federal law enforcement agents and/or representatives of Spain.

DONE AND ORDERED this 28th of July, 2008, in Miami, Florida.

_____
UNITED STATES DISTRICT JUDGE

cc: Peter B. Outerbridge, AUSA

\* This case is closed, but may be reopened upon motion.

2